KENNETH D. SULZER, CA State Bar No. 120253
ksulzer@proskauer.com
ENZO DER BOGHOSSIAN, CA State Bar No. 211351
ederboghossian@proskauer.com
ADAM W.G. FREED, CA State Bar No. 272538
afreed@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant,
AMN SERVICES, LLC (improperly
named herein as "AMN SERVICES, INC.
dba Medical Express")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SULLIVAN, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMN SERVICES, INC. dba Medical Express, and DOE 1 through and including DOE 100,<br><br>Defendants. | Case No. CV-12-2125 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION TO STRIKE; DECLARATION OF ADAM W.G. FREED IN SUPPORT THEREOF**<br><br>Hon. Joseph C. Spero<br><br>Motion Hearing Date:  June 15, 2012 |

**IS HEREBY STIPULATED** between counsel for Plaintiff Christopher O'Sullivan ("Plaintiff") and counsel for Defendant AMN Services, LLC (improperly named herein as "AMN SERVICES, INC. dba Medical Express") ("Defendant") (collectively "the Parties"), pursuant to Local Rules 6-2 and 7-12, as follows:

WHEREAS, on May 9, 2012, Plaintiff filed a Notice of Motion to Strike Defendant's Answer to Plaintiff's First Amended Complaint ("Motion");

WHEREAS, the hearing on the Motion is set for June 15, 2012;

WHEREAS, Defendant's Opposition to the Motion ("Opposition") is due May 23, 2012 and Plaintiff's Reply to Defendant's Opposition ("Reply") is due May 30, 2012;

1  AND WHEREAS the Motion presents complex legal issues that require careful
2  consideration by Defendant;
3  IT IS HEREBY STIPULATED by and among the Parties as follows:
4  The deadline for Defendant's Opposition shall be extended by one week from May 23,
5  2012 to May 30, 2012. The deadline for Plaintiff's Reply correspondingly shall be extended by
6  one week from May 30, 2012 to June 6, 2012. The hearing date shall remain the same, such that
7  briefing will be completed nine days prior to the scheduled hearing date.

8
9  DATED: May 11, 2012                 KENNETH D. SULZER
                                        ENZO DER BOGHOSSIAN
                                        ADAM W.G. FREED
10                                      PROSKAUER ROSE LLP

11                                              /s/ Adam W. G. Freed
                                        Adam W.G. Freed
12                                      Attorneys for Defendant, AMN SERVICES,
                                        LLC, improperly named herein as "AMN
13                                      SERVICES, INC. dba MEDICAL
                                        EXPRESS"
14

15  Dated: May __, 2012                DAVID S. HARRIS
                                        NORTH BAY LAW GROUOP
16
                                                /s/ David S. Harris
17                                              DAVID S. HARRIS

18                                      Attorneys for Plaintiff,
                                        CHRISTOPHER O'SULLIVAN
19

20
                                        **ORDER**
21
    The deadline for Defendant's Opposition to the Motion is extended to May 30, 2012. The
22
    deadline for Plaintiff's Reply in support of the Motion is extended to June 6, 2012.
23
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
24

                                        DENIED
25  Dated: May 14, 2012
                                        Judge Joseph C. Spero
26
                                        _____
27                                      Hon. Joseph C. Spero
                                        JUDGE OF THE DISTRICT COURT
28
                                        2.

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME**
1268/16811-001 current/28961336v2

### DECLARATION OF ADAM W.G. FREED

I, Adam W.G. Freed, declare:

1. I am an attorney-at-law duly licensed to practice in the State of California and before this Court. I am an attorney in the law firm of Proskauer Rose LLP, attorneys of record in this action for defendant AMN Services, LLC (improperly named herein as "AMN SERVICES, INC. dba Medical Express") ("Defendant"). I have personal knowledge of the facts stated herein and, if sworn as a witness, I could and would testify competently thereto.

2. The extension of time for Defendant to file its Opposition to Plaintiff's Motion to Strike Defendant's Answer to Plaintiff's First Amended Complaint ("Motion") is necessary because the Motion presents complex legal issues that require careful consideration by Defendant. Under the parties' proposed briefing schedule, briefing will be completed nine days prior to the Court's scheduled hearing on the Motion.

3. There have been no previous time modifications sought or obtained in this case.

4. The requested time modification would have no effect on the schedule of this case.

I declare under penalty of perjury under the laws of the state of California and the United Stated of America that the foregoing is true and correct, and that this declaration was executed on the 11th day of May 2012, at Los Angeles, California.

/s/ Adam W. G. Freed
ADAM W.G. FREED

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME**