**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6    CHRISTOPHER O'SULLIVAN,                    Case No.  C12-02125 JCS

7              Plaintiff(s),

8         v.                                    **ORDER GRANTING IN PART,
                                                STIPULATION TO ENLARGE TIME TO
                                                FILE OPPOSITION AND REPLY TO
9    AMN SERVICES,                              PLAINTIFF'S MOTION TO STRIKE
                                                [Docket No. 14]**
10             Defendant(s).
     _____/
11

12         Upon reconsideration, the Court GRANTS IN PART, the Stipulation and Order to Enlarge

13   Time to File Opposition and Reply to Plaintiff's Motion to Strike.

14         IT IS HEREBY ORDERED THAT:

15         1.  Defendant's Opposition shall be filed on or before May 30, 3012.

16         2.  Plaintiff's Reply shall be filed on or before June 6, 2012.

17         3.  The hearing date of **June 15, 2012, at 9:30 AM is vacated**. Counsel will be advised by

18   the Court with the new hearing date.

19         IT IS SO ORDERED.

20

21

22   Dated:  May 15, 2012

23                                              _____
                                                JOSEPH C. SPERO
24                                              United States Magistrate Judge

25

26

27

28