1  KENNETH D. SULZER, CA State Bar No. 120253
   ksulzer@proskauer.com
2  ENZO DER BOGHOSSIAN, CA State Bar No. 211351
   ederboghossian@proskauer.com
3  ADAM W.G. FREED, CA State Bar No. 272538
   afreed@proskauer.com
4  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
5  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
6  Facsimile:    (310) 557-2193

7  Attorneys for Defendant,
   AMN SERVICES, LLC (improperly
8  named herein as "AMN SERVICES, INC.
   dba Medical Express")

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  CHRISTOPHER O'SULLIVAN, | Case No. CV-12-2125 JCS |
| 14  individually and on behalf of himself and others similarly situated, | |
| 15                  Plaintiff, | **STIPULATATION AND [PROPOSED] ORDER CONTINUING HEARING AND** |
| 16            v. | **CASE MANAGEMENT CONFERENCE SCHEDULED** |
| 17  AMN SERVICES, INC. dba Medical | **FOR JULY 20, 2012 AND RESETING DEADLINES** |
| 18  Express, and DOE 1 through and including DOE 100, | |
| 19                  Defendants. | |
| 20  | Hon. Joseph C. Spero |

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED between counsel for Plaintiff Christopher

2  O'Sullivan ("Plaintiff"), counsel for Defendant AMN Services, LLC (which the

3  defense claims to have been improperly named herein as "AMN SERVICES, INC.

4  dba Medical Express") ("Defendant"), and counsel for Plaintiff Alice Ogues in the

5  matter *Ogues v. AMN Services LLC.*, case number 4:12-CV-03190 JCS (collectively

6  "the Parties"), pursuant to Local Rules 6-2 and 7-1, as follows:

7    WHEREAS, on July 12, 2012, the Court entered an order determining that

8  *Ogues v. AMN Services LLC.*, case number 4:12-CV-03190 JCS is related to the

9  above-captioned matter;

10    WHEREAS, the Parties agree that the hearing on Plaintiff's Motion to Strike

11  and the Case Management Conference scheduled for July 20, 2012 should be

12  continued until the rescheduled Case Management Conference;

13    WHEREAS, the Parties agree that the dates for conferences, disclosures and

14  report required by Fed. R. Civ. P. 16 and 26 should be reset;

15    AND WHEREAS, the Parties agree that the hearing on Plaintiff's Motion to

16  Strike and a joint Case Management Conference with the *Ogues* matter should be

17  rescheduled for August 31, 2012 or another date set by the Court.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

1

2    Dated:  July 13, 2012                    PROSKAUER ROSE LLP
                                              KENNETH D. SULZER
3                                             ENZO DER BOGHOSSIAN
                                              ADAM W.G. FREED

4
                                              /s/ Kenneth D. Sulzer
5                                                      Kenneth D. Sulzer

6                                             Attorneys for Defendant
                                              AMN SERVICES, LLC (improperly
7                                             named herein as "AMN SERVICES, INC.
                                              dba Medical Express")

8    Dated: July 13, 2012                     DAVID S. HARRIS
                                              NORTH BAY LAW GROUP
9

10                                            /s/ David S. Harris
                                                       David S. Harris
11                                            Attorneys for Plaintiff,
                                              CHRISTOPHER O'SULLIVAN
12

13   Dated: July 13, 2012                     SHAUN SETAREH
                                              LAW OFFICES OF SHAUN SETAREH
14

15                                            /s/ Shaun Setareh
                                                       Shaun Setareh
16                                            Attorneys for Plaintiff,
                                              ALICE OGUES, *Ogues v. AMN Services LLC.*,
17                                            case number 4:12-CV-03190 JCS

18

19

20

21

22

23

24

25

26

27

28

---

1

**[~~PROPOSED~~] ORDER**

2         The Court having considered the papers and pleadings on file, and cause

3  appearing,

4         HEREBY GRANTS the Parties' Stipulation.

5         IT IS ORDERED that the ~~hearing on Plaintiff's Motion to Strike and the~~ Case

6  Management Conference scheduled for July 20, 2012 ~~are~~ is CONTINUED;

7         IT IS FURTHER ORDERED that the dates for conferences, disclosures and

8  report required by Fed. R. Civ. P. 16 and 26 are reset;

9         IT IS FURTHER ORDERED that the ~~hearing on Plaintiff's Motion to Strike~~

10 ~~and~~ a joint Case Management Conference with *Ogues v. AMN Services, LLC*, et al.

11 12-cv-03190 JCS, will be reschedule for August 31, 2012, at 1:30 PM.  The joint case

12  management conference statement shall be due by August 24, 2012.

13 DATED: _ July 17, 2012 __

14                                         HON. JOSEPH C. SPERO

15

16                               IT IS SO ORDERED
                                 AS MODIFIED

17                                    Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28