

November 7, 2012

**By CM/ECF**

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue,
Courtroom G-15th Floor
San Francisco, CA 94102

Kenneth D. Sulzer
Member of the Firm
d 310.284.5663
f 310.557.2193
ksulzer@proskauer.com
www.proskauer.com

Re: *Christopher O'Sullivan v. AMN Services, Inc.; Alice Ogues v. AMN Services, LLC,*
    Case No. cv-12-2125 JCS

Dear Judge Spero:

The parties respectfully submit this joint letter pursuant to your September 6, 2012 Case Management and Pretrial Order (Dkt. No. 31) to advise you of the date of a private mediation and to propose a briefing schedule for a motion for class certification.

*First*, the parties have agreed to hold a private mediation on March 28, 2013 with mediator Mark Rudy.

*Second*, the parties have agreed on the following proposed briefing schedule for a motion for class certification. Defendants' reserve their right to file a *Vinole* motion, which the parties agree, would follow the same schedule if filed:

| | |
|---|---|
| August 9, 2013 | Deadline to File Motion for Class Certification |
| September 20, 2013 | Deadline to File Opposition to Motion for Class Certification |
| October 11, 2013 | Deadline to File Reply in Support of Motion for Class Certification |
| November 8, 2013 | Hearing on Motion for Class Certification |

Sincerely,

David S. Harris, Esq.
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941

Kenneth D. Sulzer
Enzo Der Boghossian
Sarah Kroll-Rosenbaum
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor

32898997v1



Proskauer Rose LLP   2049 Century Park East, 32nd Floor   Los Angeles, CA 90067-3206

Judge Spero
November 7, 2012
Page 2

*Attorney for Plaintiff*
Christopher O'Sullivan

Los Angeles, CA 90067

*Attorneys for Defendants*
AMN Services, LLC, improperly named herein as "AMN Services, Inc. dba MEDICAL EXPRESS," AMN Healthcare, Inc. and AMN Healthcare Services, Inc.

_____
Shaun Setareh
LAW OFFICE OF SHAUN SETAREH
9454 Wilshire Boulevard
Penthouse
Beverly Hills, CA  90212
*Attorney for Plaintiff*
Alice Ogues

Cc:   Alan Harris, Esq. (by e-mail)
      James Rush, Esq. (by e-mail)
      David Spivak, Esq. (by e-mail)
      Louis Benowitz, Esq. (by e-mail)

Dated: 11/15/12



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

32898997v1