

Proskauer Rose LLP   2049 Century Park East, 32nd Floor   Los Angeles, CA 90067-3206

Sarah Kroll-Rosenbaum
Attorney at Law
d 310.284.5685
f 310.557.2193
skroll-rosenbaum@proskauer.com
www.proskauer.com

November 19, 2012

**By CM/ECF**

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G – 15th Floor
San Francisco, CA 94102-3489

   Re: *O'Sullivan et al. v. AMN Services, Inc., et al.; Ogues v. AMN Services, LLC, et al.*
     Case No. CV-12-2125 JCS

Dear Judge Spero:

  Pursuant to Civil Local Rule 16-10(a), Kenneth D. Sulzer and I, counsel for Defendants AMN Services, LLC (improperly named herein as "AMN Services, Inc. dba Medical Express"), AMN Healthcare, Inc., and AMN Healthcare Services, Inc., request permission to appear telephonically on November 30, 2012 for the Case Management Conference in the above captioned-matter. We can be reached at (310) 284-5663.

Sincerely,

*Sarah Kroll-Rosenbaum*

IT IS HEREBY ORDERED that Ms. Rosenbaum and Mr. Sulzer shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 11/26/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

33313872v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC