# NORTH BAY LAW GROUP

November 19, 2012

**VIA ECF**

Honorable Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: O'Sullivan et al. v. AMN Services, Inc. et al. – Case No. CV-12-2125-JCS
Request To Appear Telephonically For Case Management Conference

Dear Honorable Magistrate Judge Joseph C. Spero:

Pursuant to Honorable Joseph C. Spero's Standing Order A(3) and Civil Local Rule 16-10(a), I write to respectfully request permission to appear telephonically on behalf of Plaintiff O'Sullivan, at the November 30, 2012, Case Management Conference in the above-referenced matter.

I can be reached at 415-317-2300. I appreciate your consideration.

Dated:  11/19/2012                        Respectfully submitted,

                                          s/David S. Harris

                                          David S. Harris
                                          Attorney at Law

IT IS HEREBY ORDERED that Mr. Harris shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated:  11/26/12

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

DAVID S. HARRIS, ATTORNEY AT LAW
BRIAN FLAHAVAN, OF COUNSEL

## Certificate of Service

I, David S. Harris, declare that:

I hereby certify that on November 19, 2012, I electronically filed the following document with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record:

**LETTER TO HONORABLE JOSEPH C. SPERO RE REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**

Date:  November 19, 2012             /s/David S. Harris

                                                                David S. Harris
                                                                Attorney at Law