LAW OFFICES OF
**SHAUN SETAREH**
9454 WILSHIRE BOULEVARD
PENTHOUSE FLOOR
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 888-7771
FACSIMILE (310) 888-0109

WWW.SETAREHLAW.COM
WWW.TERMINATIONATTORNEY.NET

**SENT VIA ECF**

November 26, 2012

Honorable Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *O'Sullivan, et al. v. AMN Services, Inc., et al.* – Case No. 12-CV-3190 JCS
              <u>Request to Appear Telephonically for Case Management Conference</u>

Dear Honorable Magistrate Judge Spero:

Pursuant to the Court's Standing Order A(3) and Civil Local Rule 16-10(a), I write to respectfully request permission to appear telephonically on behalf of Plaintiff Alice Ogues at the November 30, 2012 Case Management Conference in the above referenced matter.

I can be reached at (310) 746-7978. I appreciate your consideration.

Respectfully submitted,

*/s/ Shaun Setareh*
Shaun Setareh, Esq.

IT IS HEREBY ORDERED that Mr. Setareh shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 11/27/12

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

## Certificate of Service

I hereby certify that on November 26, 2012, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system:

**LETTER TO THE HONORABLE JOSEPH C. SPERO RE REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: November 26, 2012                                   /s/ Shaun Setareh