# HARRIS & RUBLE
## ATTORNEYS AND COUNSELORS AT LAW

**SOUTHERN CALIFORNIA OFFICE:**

6424 SANTA MONICA BLVD.
LOS ANGELES, CA 90038
TELEPHONE: 323.962.3777
FAX: 323.962.3004
www.harrisandruble.com

ALAN HARRIS
MARCELLA RUBLE*
_____

ABIGAIL TREANOR**
DAVID ZELENSKI**
PRIYA MOHAN**

*ADMITTED IN ILLINOIS ONLY
**ADMITTED IN CALIFORNIA ONLY

November 27, 2012

Honorable Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *O'Sullivan v. AMN Services, Inc.*, Case No. CV-12-2125-JCS

To the Honorable Magistrate Judge Joseph C. Spero:

Pursuant to Honorable Joseph C. Spero's Standing Order A(3) and Civil Local Rule 16-10(a), the undersigned—Alan Harris—respectfully requests permission to appear at the Case Management Conference in *O'Sullivan v. AMN Services, Inc.*, Case No. CV-12-2125-JCS, on November 30, 2012, by telephone.

I can be reached at (323) 962-3777. I appreciate your consideration.

Respectfully submitted,

/s/ Alan Harris

Alan Harris

IT IS HEREBY ORDERED that Mr. Harris shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 11/28/12

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*