| | |
|---|---|
| 1 | Kenneth D. Sulzer (SBN 120253)<br>Enzo Der Boghossian (SBN 211351) |
| 2 | Sarah Kroll-Rosenbaum (SBN 272358)<br>PROSKAUER ROSE LLP |
| 3 | 2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206 |
| 4 | Telephone: (310) 557-2900<br>ksulzer@proskauer.com |
| 5 | ederboghossian@proskauer.com<br>skroll-rosenbaum@proskauer.com |
| 6 | |
| 7 | Attorneys for Defendants AMN Services, LLC,<br>(improperly named herein as "AMN |
| 8 | SERVICES, INC. dba Medical Express"), AMN<br>Healthcare, Inc., and AMN Healthcare Services, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | CHRISTOPHER O'SULLIVAN, individually and on behalf of himself and others similarly situated, | |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | AMN SERVICES, INC. dba Medical Express, and DOE 1 through and including DOE 100, | Case No. CV-12-2125 JCS |
| 18 | Defendants. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE |
| 19 | | |
| 20 | ALICE OGUES, on behalf of herself and all others similarly situated, | |
| 21 | Plaintiff, | |
| 22 | v. | Hon. Joseph C. Spero |
| 23 | AMN SERVICES, LLC.; AMN HEALTHCARE, INC.; AMN HEALTHCARE SERVICES, INC.; and DOES 1-50, inclusive, | |
| 24 | | |
| 25 | Defendants. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE,
Case No. 12-CV-2125 JCS

IT IS HEREBY STIPULATED between counsel for Plaintiff Christopher O'Sullivan, counsel for Plaintiff Alice Ogues, and counsel for Defendant AMN Services, LLC (which the defense claims to have been improperly named herein as "AMN SERVICES, INC. dba Medical Express") (collectively the "Parties"), pursuant to Local Rules 6-2 and 7-1, as follows:

WHEREAS, the Parties held an all day private mediation on April 18, 2013, in Los Angeles, with mediator Mark Rudy;

WHEREAS, while the case did not settle at mediation on April 18th, the Parties and mediator are continuing to work together toward a mutually agreeable settlement of the case;

WHEREAS, a Case Management Conference is currently scheduled for May 17, 2013, with a Joint Case Management Statement due on May 10, 2013;

WHEREAS, in order to allow the Parties and mediator additional time to continue to engage in follow-up settlement discussions, the Parties request that the Case Management Conference be rescheduled for June 21, 2013, and the Joint Case Management Statement should be due on June 14, 2013;

WHEREAS, in connection with their efforts to reach a settlement, the Parties agree that the deadlines previously agreed to by the Parties and established by the Court for the briefing and argument of class certification and *Vinole* motions (Dkt. No. 36) should be extended; and

WHEREAS, the Parties request that the deadline for Plaintiffs to file a motion for class certification and the deadline for Defendant to file a motion to deny class certification should be September 16, 2013, the deadline for oppositions to those motions should be October 28, 2013, the deadline for replies should be November 18, 2013, and the hearing on those motions should be December 20, 2013.

IT IS SO STIPULATED BY,

///

///

///

///

| | |
|---|---|
| DATED: April 22, 2013 | /s/ David S. Harris |
| | David S. Harris (SBN 215224) |
| | NORTH BAY LAW GROUP |
| | 116 E. Blithedale Ave., Suite No. 2 |
| | Mill Valley, CA 94941 |
| | Telephone:  415.388.8788 |
| | Facsimile:  415.388.8770 |
| | dsh@northbaylawgroup.com |
| | |
| | Attorneys for Plaintiff Christopher O'Sullivan |

| | |
|---|---|
| DATED: April 22, 2013 | /s/ Shaun Setareh |
| | Shaun Setareh (SBN 204514) |
| | LAW OFFICE OF SHAUN SETAREH |
| | 9454 Wilshire Blvd. Penthouse |
| | Beverly Hills, California 90212 |
| | Telephone:  310.888.7771 |
| | Facsimile: 310.888.7771 |
| | shaun@setarehlaw.com |
| | |
| | Attorneys for Plaintiff Alice Ogues |

| | |
|---|---|
| DATED: April 22, 2013 | /s/ Sarah Kroll-Rosenbaum |
| | |
| | Kenneth D. Sulzer (State Bar No. 120253) |
| | Enzo Der Boghossian (SBN 211351) |
| | Sarah Kroll-Rosenbaum (SBN 272358) |
| | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| | Los Angeles, CA 90067-3206 |
| | Telephone: (310) 557-2900 |
| | ksulzer@proskauer.com |
| | ederboghossian@proskauer.com |
| | skroll-rosenbaum@proskauer.com |
| | |
| | Attorneys for Defendants AMN Services, LLC, (improperly named herein as "AMN SERVICES, INC. dba Medical Express"), AMN Healthcare, Inc., and AMN Healthcare Services, Inc |

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE,
Case No. 12-CV-2125 JCS

## [~~PROPOSED~~] ORDER

Pursuant to this Stipulation and cause appearing,

IT IS ORDERED that the Case Management Conference scheduled for May 17, 2013 is CONTINUED until June 21, 2013;

IT IS FURTHER ORDERED that the joint case management statement due on May 10, 2013 shall now be due on June 14, 2013; and

IT IS FURTHER ORDERED that the deadline for Plaintiffs to file a motion for class certification and the deadline for Defendant to file a motion to deny class certification scheduled for August 9, 2013 is CONTINUED until September 16, 2013, the deadline for oppositions to those motions scheduled for September 20, 2013 is CONTINUED until October 28, 2013, the deadline for replies scheduled for October 11, 2013 is CONTINUED until November 18, 2013, and the hearing on those motions scheduled for November 8, 2013 is CONTINUED until December 20, 2013.

DATED: 4/29/13

_____
HON. Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

36200364v1

- 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE,
Case No. 12-CV-2125 JCS