# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMN HEALTHCARE SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-02716 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph Spero to determine whether it is related to *O'Sullivan v. AMN Services, Inc., et al.*, No. 12-cv-02125 JCS.

　　　　IT IS SO ORDERED.

　　　　Date: June 17, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge