1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11
DAVID BELL,                              Case No. 13-cv-02716 NC
12
                     Plaintiff,          **SUA SPONTE JUDICIAL**
13                                       **REFERRAL FOR PURPOSES OF**
     v.                                  **DETERMINING RELATIONSHIP**
14                                       **OF CASES**
     AMN HEALTHCARE SERVICES, INC., et
15   al.,

16                   Defendants.

17

18       In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19  above captioned case is referred to Judge Joseph Spero to determine whether it is related to

20  *O'Sullivan v. AMN Services, Inc., et al.*, No. 12-cv-02125 JCS.

21       IT IS SO ORDERED.

22       Date: June 17, 2013                      _____
                                                  Nathanael M. Cousins
23                                                United States Magistrate Judge

24
25
26
27
28