1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  6424 Santa Monica Boulevard
   Los Angeles, California 90038
3  Telephone: 323.962.3777; Facsimile: 323.962.3004
   aharris@harrisandruble.com
4
   David S. Harris (SBN 215224)
5  NORTH BAY LAW GROUP
   116 E. Blithedale Avenue, Suite #2
6  Mill Valley, California 94941-2024
   Telephone: 415.388.8788; Facsimile: 415.388.8770
7  dsh@northbaylawgroup.com

8  James Rush (SBN 240284)
   LAW OFFICES OF JAMES D. RUSH
9  7665 Redwood Blvd., Suite 200
   Novato, California 94945-1405
10 Telephone: 415.897.4801l; Facsimile: 415.897.5316
   jr@rushlawoffices.com
11
   Attorneys for Plaintiff Christopher O'Sullivan
12
   Shaun Setareh (SBN 204514)
13 SETAREH LAW GROUP
   9454 Wilshire Blvd. Penthouse
14 Beverly Hills, California 90212
   Telephone: 310.888.7771; Facsimile: 310.888.7771
15
   David Spivak (SBN 179684)
16 THE SPIVAK LAW FIRM
   9454 Wilshire Blvd. Suite 303
17 Beverly Hills, California 90212
   Telephone: 310.499.4730; Facsimile: 310.499.4739
18
   Attorneys for Plaintiff Alice Ogues
19
   Kenneth D. Sulzer (State Bar No. 120253)
20 Sarah Kroll-Rosenbaum (SBN 272358)
   PROSKAUER ROSE LLP
21 2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
22 Telephone: (310) 557-2900
   ksulzer@proskauer.com
23 ederboghossian@proskauer.com
   skroll-rosenbaum@proskauer.com
24
   Attorneys for Defendants AMN Services, LLC,
25 (improperly named herein as "AMN SERVICES, INC.
   dba Medical Express"), AMN Healthcare, Inc., and
26 AMN Healthcare Services, Inc.,

27

28

NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE
AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1
2
3
4

UNTITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'SULLIVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMN SERVICES, INC. dba Medical Express, and DOE 1 through and including DOE 100,<br><br>Defendants. | Case No. 3:12-cv-02125 JCS<br><br>**NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| ALICE OGUES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMN SERVICES, LLC, AMN HEALTHCARE, INC., AMN HEALTHCARE SERVICES, INC, and DOES 1 to 50,<br><br>Defendants. | |

## STIPULATION

Plaintiffs Christopher O'Sullivan and Alice Ogues ("Plaintiffs") and Defendants AMN Services, LLC, AMN Healthcare, Inc., and AMN Healthcare Services, Inc ("Defendants") (collectively "the Parties"), stipulate and agree as follows:

**WHEREAS**, on April 18, 2013, the Parties had a full day mediation session with Mark Rudy in Los Angeles, California, at which time the Parties were unable to settle the case but agreed to continue settlement discussions;

**WHEREAS**, the Parties since the last mediation session continued settlement discussions through Mark Rudy and on June 14, 2013, the Parties reached a settlement memorialized in a Memorandum of Understanding resolving this matter on a class-wide basis;

**WHEREAS**, this case currently is scheduled for a Case Management Conference on June 21, 2013 at 1:30 P.M. ("the Case Management Conference");

**WHEREAS**, the Parties believe it would conserve judicial resources and promote efficiency to vacate the Case Management Conference in light of the resolution of this case;

**WHEREAS**, the Parties have agreed that Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion For Preliminary Approval") shall be filed on or before June 21, 2013, and shall be set for hearing on July 26, 2013, or as soon thereafter as is convenient for the Court;

**WHEREAS**, there is no trial date set for this case;

///
///
///
///
///
///
///

1 **IT IS HEREBY STIPULATED** by the Parties herein, through their counsel of record, as follows:

The Case Management Conference shall be vacated and the Motion for Preliminary Approval shall be filed on or before June 21, 2013, and shall be set for hearing on July 26, 2013, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED:  June 14, 2012                              NORTH BAY LAW GROUP

                                                                      _____/s/_____
                                                                      David S. Harris
                                                                      Attorneys for Plaintiff
                                                                      CHRISTOPHER O'SULLIVAN

DATED:  June 14, 2012                              SETAREH LAW GROUP

                                                                      _____/s/_____
                                                                      Shaun Setareh
                                                                      Attorneys for Plaintiff
                                                                      ALICE OGUES

DATED:  June 14, 2012                              PROSKAUER ROSE LLP

                                                                      _____/s/_____
                                                                      Kenneth D. Sulzer
                                                                      Attorneys for Defendants
                                                                      AMN SERVICES, LLC, AMN
                                                                      HEALTHCARE, INC., and
                                                                      AMN HEALTHCARE SERVICES,
                                                                      INC.

# [~~PROPOSED~~] ORDER

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference set for June 21, 2013, at 1:30 p.m. is VACATED.

Plaintiff shall file the Motion for Preliminary Approval on or before June 21, 2013.

The hearing on the Motion for Preliminary Approval shall take place on July 26, 2013, at 9:30 a.m. in Courtroom 5.

DATED: June 18, 2013      _____
                                           Joseph C. Spero
                                        *United States Magistrate Judge*