Proskauer Rose LLP   2049 Century Park East, 32nd Floor   Los Angeles, CA 90067-3206

Sarah Kroll-Rosenbaum
Attorney at Law
d 310.284.5685
f 310.557.2193
skroll-rosenbaum@proskauer.com
www.proskauer.com

August 6, 2013

**By CM/ECF**

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom G – 15th Floor
San Francisco, CA 94102-3489

Re: *O'Sullivan et al. v. AMN Services, Inc., et al.; Ogues v. AMN Services, LLC, et al.*
Case No. CV-12-2125 JCS

Dear Judge Spero:

Kenneth D. Sulzer and I, counsel for Defendants AMN Services, LLC (improperly named herein as "AMN Services, Inc. dba Medical Express"), AMN Healthcare, Inc., and AMN Healthcare Services, Inc., request permission to appear telephonically on August 16, 2013 for the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement in the above captioned-matter. Mr. Sulzer can be reached at (310) 284-5663, and I can be reached at (310) 284-5685.

Sincerely,

Sarah Kroll-Rosenbaum

IT IS HEREBY ORDERED that counsel shall be on phone standby on August 16, 2013, beginning at 9:30 AM and await the Court's call.
Dated: 8/7/13

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

38046189v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC